# MIZRAHI :<: KROUB
## LLP

Ian Piasecki – Associate
225 Broadway, 39th Floor
New York, NY 10007
P: (212) 595-6200
F: (212) 595-9700
ipiasecki@mizrahikroub.com

October 17, 2023

**VIA ECF**

The Honorable Sidney H. Stein
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

## MEMO ENDORSED

Re:   *Angeles v. Shredly LLC*; Case No. 1:23-cv-07473

Dear Judge Stein:

We represent plaintiff Jenisa Angeles ("Plaintiff") in the above-referenced action. We submit this letter to respectfully request an adjournment of the Initial Case Management Telephone Conference on October 26, 2023 at 11:00 am. *See* Docket No. 5. Plaintiff respectfully requests an adjournment of 30 days as service of the complaint is still being effectuated. This is Plaintiff's first request for such an adjournment.

We thank the Court for its consideration of this request.

Respectfully submitted,

/s/ *Ian Piasecki*
Ian Piasecki

cc:   All Counsel of Record (via ECF)

**The conference is adjourned to November 29 at 4:00 p.m.**

**Dated: New York, New York**
       **October 18, 2023**

SO ORDERED:

*[signature]*
Sidney H. Stein, U.S.D.J.